UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARL NELSON GRAY, SR.                          CIVIL ACTION

VERSUS                                         NO. 04-1500

HORIZON LINES, L.L.C.                          SECTION "R" (1)


**ORDER**

The Court received defendant Horizon Lines, L.L.C.'s motion
for expedited hearing and motion to strike Dr. Butler's testimony
or to continue the trial date scheduled in this matter.  For the
following reasons, the Court GRANTS defendant's motion for a
continuance of the trial date.

Under Federal Rule of Civil Procedure 16(b), scheduling
deadlines may be modified upon a showing of good cause.  FED. R.
CIV. P. 16(b).  The current trial date in this matter is August
15, 2005.  On July 27, 2005, the Court ruled that defendant must
have the opportunity to depose Dr. Butler before trial.
Defendant provides evidence, in the form of a letter from the
Clinic Coordinator at Tulane University Hospital and Clinic, that
Dr. Butler will not be available for a deposition before trial on

August 15, 2005 and that no arrangements for a deposition can be made before September.  Although plaintiff opposes the request for a continuance on the ground that Dr. Butler may be available to be deposed after hours or on a weekend, the Court finds that defendant has shown good cause for a continuance of the trial date and the pretrial conference date, not to exceed ninety (90) days in duration.  Accordingly,

IT IS ORDERED that the pretrial conference and trial in this matter, currently scheduled for August 4, 2005 and August 15, 2005, respectively be continued, and a telephone conference is hereby set for the **25th day of August, 2005,** at **10:30 a.m.** to select a new trial date and pretrial conference date.  The Court will initiate the telephone call and will be represented at the conference by its Courtroom Deputy Clerk.

New Orleans, Louisiana, this __1st__ day of August, 2005.


_Sarah Vance_
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE